# United States Bankruptcy Court

Northern **District of** Illinois

In Re: James H. Ledlow

Case No.: 16-00244

Chapter: 13

Judge: Janet S. Baer

## Statement in Response to Notice of Final Cure Payment

### Part 1:   Pre-Petition Arrears

Creditor ☑ agrees or ❏ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

   If creditor disagrees:

      Amount due to cure pre-petition arrears:   $ _____

      Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*.

### Part 2:   Post-petition Arrears

*Outside the plan:* Creditor ❏ agrees or ☑ does not agree that the debtor(s) has paid all post-petition amounts due to be paid outside the Chapter 13 Plan directly to the secured creditor.

   If the creditor disagrees:

      Amount due to cure post-petition arrears due outside the plan: $ ____4,025.00____

      Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, using the form *Certification Re Post-Petition Payment History (Note and Mortgage)*.

*Inside the plan*: Creditor ❏ agrees or ❏ does not agree that the debtor(s) has paid all post-petition amounts due to be paid through the Chapter 13 Plan.

   If the creditor disagrees:

      Amount due to cure post-petition arrears due inside the plan: $ _____

      Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, citing court orders or *Notices of Fees, Expenses and Charges* issued during the case.

| Part 3: | Sign Here |
|---|---|

The person completing this Statement must sign it. Print your name and other identifying information.

Check the appropriate box.

☑ I am the creditor.                    ☐ I am the creditor's authorized agent.
                                        (Attach a copy of power of attorney, if any.)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Dana C. Potter                      Date: 08/02/18
Signature

Print:  Dana C. Potter                  Collection Support Rep
        Name                            Title

        OneMain Financial Services
        Company

        P.O. Box 3251
        Address

        Evansville, IN  47731

        800-266-9800                    cbp@onemainfinancial.com
        Phone                           Email

| Part 4: | Service |
|---|---|

Notice Mailed to:    James H. Ledlow, Jr.

Debtor(s) (address): 681 N. Garfield    Lombard, IL  60148

Debtor(s)' Counsel:  John J. Lynch  1011 Warrenville Road, Suite 150
                                    Lisle, IL  60532
    ☑ Via CM/ECF

    ☐ Via email (email address): _____

    ☐ Via US Mail (address): _____

Trustee:             Glenn B. Stearns    801 Warrenville Road   Suite 650
                                         Lisle, IL  60532
    ☑ Via CM/ECF

*new.9/1/10*

**Post Petition Payment(s) - Proof of Claim Attachment**

| | |
|---|---|
| Name: | James H. Ledlow, Jr |
| Last 4 of Account Number: | 8050 |
| Case: | 16-00244 |
| Date of Case Filing | 1/6/2016 |

| POST PETITION PAYMENTS STILL DUE | |
|---|---|
| Payment Due | Amount of Payment Due |
| 08/03/18 | $ 150.00 |
| 07/04/18 | $ 150.00 |
| 06/03/18 | $ 150.00 |
| 05/04/18 | $ 150.00 |
| 04/03/18 | $ 150.00 |
| 03/06/18 | $ 150.00 |
| 02/03/18 | $ 150.00 |
| 01/03/18 | $ 150.00 |
| 12/04/17 | $ 150.00 |
| 11/03/17 | $ 150.00 |
| 10/04/17 | $ 150.00 |
| 09/03/17 | $ 150.00 |
| 08/03/17 | $ 150.00 |
| 07/04/17 | $ 150.00 |
| 06/03/17 | $ 150.00 |
| 05/04/17 | $ 150.00 |
| 04/03/17 | $ 150.00 |
| 03/06/17 | $ 150.00 |
| 02/03/17 | $ 150.00 |
| 01/03/17 | $ 150.00 |
| 12/04/16 | $ 150.00 |
| 11/03/16 | $ 150.00 |
| 10/04/16 | $ 150.00 |
| 09/03/16 | $ 150.00 |
| 08/03/16 | $ 150.00 |
| 07/04/16 | $ 150.00 |
| NSF | $ 125.00 |
| Total Due w/NSF | $ 4,025.00 |